UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.

TRAVIS BIRDSONG,

           Defendant.

**DECISION AND ORDER**
**13-CR-163S**

1.    On July 17, 2014, the Defendant entered into a written plea agreement (Docket No. 41) and pled guilty to a one count Superseding Information (Docket No. 39) charging a violation of Title 21 U.S.C. § 841(a)(1) and 841(b)(1)(B), (possession with intent to distribute 28 grams or more of cocaine base).

2.    On July 17, 2014, the Honorable Leslie G. Foschio, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 42) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3.    This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

4.    This Court has carefully reviewed *de novo* Judge Foschio's July 17, 2014, Report and Recommendation, the plea agreement, the Superseding Information, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Foschio's Report and Recommendation, and will accept Judge Foschio's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's July 17, 2014, Report and Recommendation (Docket No. 42) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant, Travis Birdsong is accepted, and he is now adjudged guilty of Title 21  U.S.C. § 841(a)(1) and 841(b)(1)(B).

SO ORDERED.

Dated: August 7, 2014
       Buffalo, New York

                                              s/William M. Skretny
                                              WILLIAM M. SKRETNY
                                                      Chief Judge
                                        United States District Court